UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. CV 26-7476 SPG (PVC) Date: August 18, 2026

Title James L. Willis v. Property Officers, et al.

Present: The Honorable Pedro V. Castillo, United States Magistrate Judge

| Marlene Ramirez | None |
| --- | --- |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: None | Attorneys Present for Defendants: None |

**PROCEEDINGS: [IN CHAMBERS] ORDER TO SHOW CAUSE WHY THE MAGISTRATE JUDGE SHOULD NOT RECOMMEND THAT THIS ACTION BE DISMISSED FOR FAILURE TO PROVIDE A CURRENT ADDRESS**

On May 28, 2026, Plaintiff James L. Willis, a California state prisoner proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. (“Complaint,” Dkt. No. 1). On July 9, 2026, the Court issued a Notice of Resources for Pro Se Litigants and sent it to Plaintiff’s address of record. (“Notice,” Dkt. No. 4). The Notice was returned as undeliverable on August 10, 2026. (Dkt. No. 5). Thus, it appears that the Court does not have a current valid address for Plaintiff and is unable to move this case forward. Plaintiff is advised that pursuant to the Central District’s Local Rule 41-6, he has an obligation to keep the Court informed of his current address of record or the Court may dismiss this action:

> A party proceeding *pro se* must keep the Court and all other parties informed of the party’s current address as well as any telephone number and email address. If a Court order or other mail served on a *pro se* plaintiff at his address of record is returned by the Postal Service as undeliverable and the *pro se* party has not filed a notice of change of address within 14 days of the service date of the order or other Court

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 26-7476 SPG (PVC) | Date: | August 18, 2026 |
| Title | James L. Willis v. Property Officers, et al. | | |

document, the Court may dismiss the action with or without prejudice for failure to prosecute.

More than fourteen days have passed since the Notice was issued, and Plaintiff has not provided the Court with an updated, accurate address where he may be reached. Plaintiff is therefore **ORDERED TO SHOW CAUSE** by **September 8, 2026,** why the Magistrate Judge should not recommend that this action be dismissed pursuant to Local Rule 41-6 for Plaintiff's failure to provide a current address. Plaintiff may discharge this Order by filing a response with a current address.

**If Plaintiff no longer wishes to pursue her claims, she may voluntarily dismiss this action pursuant to Federal Rule of Civil Procedure 41(a). A Notice of Dismissal form is attached for Plaintiff's convenience. Plaintiff is not required to seek permission of the Court to dismiss her case because no Defendant has yet appeared or responded. Fed. R. Civ. P. 15(a)(1). However, Plaintiff is cautioned that any dismissed claims may be subject to a statute of limitations defense if Plaintiff seeks to reassert them in a later action.**

**Plaintiff is expressly warned that the failure to timely file a response to this Order will result in a recommendation that this action be dismissed with prejudice for failure to prosecute and obey court orders pursuant to Federal Rule of Civil Procedure 41(b).**

The Deputy Clerk is directed to serve a copy of this Order upon Plaintiff at his current address of record: James L. Willis CDCR G40725 RJD Correctional Facility B7-216, 480 Alta Road San Diego, CA 92179.

IT IS SO ORDERED.

| | |
|---|---|
| | 00:00 |
| **Initials of Preparer** | mr |